UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN DIMARCO,                         21-cv-8391 (JGK)

          Plaintiff,              ORDER

  - against -

SJP PROPERTIES, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff filed an affidavit of service indicating that the defendants had been served on November 23, 2021. The defendants' answer was due by December 14, 2021. The time for the defendants to answer is extended to **January 14, 2022**. If the defendants fail to answer by then, the plaintiff may seek a default judgment.

SO ORDERED.

Dated:   New York, New York
        December 20, 2021

                                      _____
                                        John G. Koeltl
                                     United States District Judge