UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN DIMARCO,                              21-cv-8391 (JGK)

             Plaintiff,                ORDER

    - against -

SJP PROPERTIES, ET AL.,

             Defendants.

---

JOHN G. KOELTL, District Judge:

    On January 20, 2022, the Clerk issued a certificate of default as to defendants SJP Properties and Quality Building Services. ECF No. 15. In order to continue pursuing a default judgment as to these defendants, the plaintiff is directed to follow the procedures laid out in the Court's Individual Practices by February 11, 2022. See Individual Practice VII, available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JGK%20Koeltl%20Individual%20Rules%2007232021_0.pdf.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            January 26, 2022

                                            John G. Koeltl
                                     United States District Judge