```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JONATHAN DIMARCO,

                Plaintiff,

- against -

SJP PROPERTIES, ET AL.,

                Defendants.

21-cv-8391 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The defendants are directed to serve copies of the Order at ECF No. 36 and this Order on the plaintiff via email by April 26, 2022. The Clerk is directed to mail copies of the Order at ECF No. 36 and this Order to the plaintiff and to note service on the docket.

**SO ORDERED.**

Dated:    New York, New York
           April 25, 2022

                                        John G. Koeltl
                                United States District Judge