UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN DIMARCO,

                Plaintiff,

    - against -

SJP PROPERTIES, ET AL.,

                Defendants.

---

21-cv-8391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the parties are directed to submit a joint letter regarding the status of this case by May 6, 2022. The conference scheduled for May 5, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           April 27, 2022

                                        John G. Koeltl
                                    United States District Judge