UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN DIMARCO,

                Plaintiff,

   - against -

SJP PROPERTIES, ET AL.

                Defendants.

21-cv-8391 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff's amended complaint was due by June 6, 2022. See ECF No. 43. The plaintiff has not yet filed an amended complaint. The time for the plaintiff to file an amended complaint is extended to July 8, 2022. If the plaintiff fails to file an amended complaint by that date, then the defendants must respond to the plaintiff's current complaint by July 22, 2022.

    The conference scheduled for June 30, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           June 23, 2022

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                        United States District Judge