UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JONATHAN DIMARCO,

                Plaintiff,

     - against -

SJP PROPERTIES, ET AL.,

                Defendants.
_____

21-cv-8391 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to respond to the pending motion to dismiss is extended to August 25, 2022. If the plaintiff does not respond to the motion to dismiss by that date, then the motion to dismiss may be decided on the current papers.

    The time for the defendant Quality Building Services to respond to the complaint is extended to August 25, 2022. If Quality Building Services does not respond to the complaint by that date, then a default judgment may be entered against it.

SO ORDERED.

Dated:    New York, New York
         August 11, 2022

                        John G. Koeltl
               United States District Judge